FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JEFFREY TIMOTHY LANDRIGAN, a.k.a.
Billy Patrick Wayne Hill,
        *Petitioner-Appellant,*

            v.

DORA B. SCHRIRO, Director,
Arizona Department of
Corrections,
        *Respondent-Appellee.*

No. 00-99011

D.C. No.
CV-96-02367-PHX-
ROS

ORDER

On Remand from the United States Supreme Court

Filed September 4, 2007

Before: Mary M. Schroeder, Chief Judge, Harry Pregerson,
Stephen Reinhardt, Alex Kozinski, Michael Daly Hawkins,
Kim McLane Wardlaw, William A. Fletcher,
Marsha S. Berzon, Richard R. Clifton, Consuelo M. Callahan
and Carlos T. Bea, Circuit Judges.

---

## ORDER

The mandate, issued on May 8, 2006, is recalled. In light
of the Supreme Court's mandate, issued on July 30, 2007, in
*Schriro v. Landrigan*, 127 S. Ct. 1933 (2007), we vacate our
en banc decision, *Landrigan v. Schriro*, 441 F.3d 638 (9th
Cir. 2006), and affirm the district court's denial of an eviden-
tiary hearing on Landrigan's claim of ineffective assistance of
counsel. We again adopt the three-judge panel's holdings with
respect to the additional sentencing issues raised on appeal,
*Landrigan v. Stewart*, 272 F.3d 1221, 1229-31 (9th Cir.

2001). Therefore, the district court's denial of Landrigan's petition for writ of habeas corpus is AFFIRMED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.